■ In the Matter of JAMES TOLAND, JR., Petitioner, v. HAROLD R. SODEN, as a Justice of the Supreme Court of the State of New York, Respondent.— Application denied and petition dismissed, without costs. Respondent's denial of petitioner's habeas corpus application may be adequately reviewed by appeal. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Cooke, JJ., concur.

## (July 16, 1969)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR BURTON STROUD, Appellant.— Motion for an order directing the trial court to furnish defendant with a copy of the transcript of the minutes of the *coram nobis* hearing pursuant to subdivision 2 of section 456 of the Code of Criminal Procedure, and certain other papers, denied. The application should be made to the trial court in the first instance. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Cooke, JJ., concur.

■ DICK G. WHEELER, Respondent, v. GEORGE JEMZURA, Doing Business as JEMZURA MANUFACTURING COMPANY, Appellant.— Motion to dismiss appeal erroneously taken to this court from a judgment and order of the Supreme Court, Onondaga County, denied, without costs, and appeal transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department (see N. Y. Const., art. VI, § 5, subd. b). Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Cooke, JJ., concur.

■ DOROTHY BRAND, Appellant, v. STATE OF NEW YORK, Respondent.— Motion for permission to proceed as a poor person denied, without costs, and without prejudice to its renewal on notice to all interested parties (CPLR 1101, subd. [c]) and on a proper showing of sufficient facts to enable the court to ascertain the merit of appellant's contentions (CPLR 1101, subd. [a]). Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Cooke, JJ., concur.